MANDOUR & ASSOCIATES, APC
JOSEPH A. MANDOUR, III (SBN 188896)
Email: jmandour@mandourlaw.com
BEN T. LILA (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300

Attorneys for Plaintiff,
LawRank LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LawRank LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> LawRankSEO.com, an unknown entity, <br><br> Defendant. | Civil Case No. 4:21-cv-04515-HSG <br><br> **ORDER RE:** <br> **PLAINTIFF LAWRANK LLC'S ADMINISTRATIVE MOTION TO CONTINUE HEARING FOR ALTERNATIVE SERVICE AND FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** <br> **(as modified)** |

\\
\\
\\

1  The Court has read and considered all of the papers filed in connection with
2  plaintiff's Administrative Motion to Continue Hearing for Motion for Alterative
3  Service and for Leave to Take Immediate Discovery Prior to Rule 26(f)
4  Conference (Dkt. #13) and GOOD CAUSE HAVING BEEN SHOWN, GRANTS
5  Plaintiff's motion and hereby ORDERS the following:
6  The hearing on plaintiff's Motion is continued from September 23, 2021 to
7  September 30, 2021 at 2:00 p.m.
8  IT IS SO ORDERED.

Dated: __9/17/2021__         *Haywood S. Gill, Jr.*

United States District Judge