UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRANK LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LAWRANKSEO.COM,<br><br>　　　　　Defendant. | Case No. 21-cv-04515-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 41, 30 |

　　　The Court has reviewed Magistrate Judge Westmore's Report and Recommendation re Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly,

　　　**IT IS HEREBY ORDERED** that the Motion for Default Judgment and Permanent Injunction are **GRANTED IN PART AND DENIED IN PART**. The Clerk shall enter judgment in accordance with the Report and Recommendation and close the case.

　　　**IT IS SO ORDERED.**

Dated: August 30, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge